IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDUL ZAHIR,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*,<br><br>    Respondents. | Civil Action No. 05-CV-1623 (RWR) |
| MOHAMMED RAJEB ABU<br>    GHANEM, *et al.*,<br><br>    Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*,<br><br>    Respondents. | Civil Action No. 05-CV-1638 (CKK) |
| AMEEN MOHAMMAD ALBKRI, *et al.*,<br><br>    Petitioners,<br><br>    v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.*,<br><br>    Respondents. | Civil Action No. 05-CV-1639 (RBW) |

| | |
|---|---|
| ALLA ALI BIN ALI AHMED, *et al.*,  )<br>                                                           )<br>         Petitioners,                             )<br>                                                           )<br>    v.                                                    )<br>                                                           )<br> GEORGE W. BUSH,                       )<br>       President of the United States, )<br>       *et al.*,                                       )<br>                                                           )<br>         Respondents.                        )<br>                                                           ) | Civil Action No. 05-CV-1678 (GK) |
| ABDANNOUR SAMEUR,              )<br>                                                           )<br>         Petitioner,                              )<br>                                                           )<br>    v.                                                    )<br>                                                           )<br> GEORGE W. BUSH,                       )<br>       President of the United States, )<br>       *et al.*,                                       )<br>                                                           )<br>         Respondents.                        )<br>                                                           ) | Civil Action No. 05-CV-1806 (CKK) |
| MAZIN SALIH AL-HARBI,          )<br>                                                           )<br>         Petitioner,                              )<br>                                                           )<br>    v.                                                    )<br>                                                           )<br> GEORGE W. BUSH,                       )<br>       President of the United States, )<br>       *et al.*,                                       )<br>                                                           )<br>         Respondents.                        )<br>                                                           ) | Civil Action No. 05-CV-1857 (CKK) |

## ATTORNEY APPEARANCE

    Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-captioned cases.

Dated: October 20, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

  /s/ Terry M. Henry
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
NICHOLAS J. PATTERSON
ANDREW I. WARDEN
EDWARD H. WHITE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents