UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDANNOUR SAMEUR,

    Petitioner,

v.

GEORGE W. BUSH, President of the United States, *et al.*,

    Respondents.

Civil Action No. 05–1806 (CKK)

**ORDER**
(November 17, 2005)

The Court issued an [5] Order on October 19, 2005, staying this case. Petitioner and Respondents having submitted themselves to the jurisdiction of this Court, and the Court having asserted *in personam* jurisdiction, *see Rasul v. Bush*, 542 U.S. 466 (2004), the stay issued by the Court on October 19, 2005, is amended to now include the Court's receipt of notice from Respondents 30 days in advance of any release, repatriation, or rendition that would remove Petitioner from the Court's jurisdiction. This requirement will remain in effect until further order of the Court.

Accordingly, it is this 17th day of November, 2005, hereby

ORDERED that Respondents shall provide the Court with 30 days notice in advance of any release, repatriation, or rendition of Petitioner; it is also

ORDERED that Petitioner's [2] Motion for Order Requiring Respondents to Provide

Counsel for Petitioner and the Court with 30-Days' Advance Notice of Any Intended Removal of Petitioner from Guantanamo is unnecessary and DENIED.

                                                               /s/
                                COLLEEN KOLLAR-KOTELLY
                                United States District Judge