IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDANNOUR SAMEUR,<br><br>Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Respondents. | Civil Action No. 05-1806 (CKK) |

## NOTICE OF APPEAL

NOTICE is hereby given that respondents George W. Bush, President of the United States, Donald Rumsfeld, Secretary, United States Department of Defense, Army Brigadier General Jay Hood, Commander, Joint Task Force-GTMO, and Army Colonel Michael Bumgarner, Commander, Joint Detention Operations Group, (i.e., all respondents herein) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the portion of the Court's Order dated November 17, 2005, (dkt. no. 8) that prohibits respondents from transferring, releasing, or repatriating petitioner Sameur unless respondents provide the Court thirty-days' advance notice of any such transfer, release, or repatriation.

Dated: January 17, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

*Marc A. Perez*
_____
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 514-2000

Attorneys for Respondents

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of January, 2006, I caused the foregoing Notice of Appeal to be served via electronic mail on counsel for petitioner in this case as follows:

> Larry D. Ottaway
> FOLIART, HUFF, OTTAWAY & BOTTOM
> 201 Robert S. Kerr Ave., 12th Floor
> Oklahoma City, OK 73102
> larryottaway@oklahomacounsel.com
>
> Randall T. Coyne
> Univ. of Oklahoma College of Law
> Andrew Coats Hall, 300 Timberdell Road
> Norman, OK 73019
> royne@ou.edu
>
> Thomas R. Brett
> CROWE & DUNLEVY
> 500 Kennedy Bldg., 321 S. Boston Ave.
> Tulsa, OK 74103
> brettt@crowedunlevy.com
>
> Craig W. Hoster
> CROWE & DUNLEVY
> 500 Kennedy Bldg., 321 S. Boston Ave.
> Tulsa, OK 74103
> hosterc@crowedunlevy.com
>
> Terry W. West
> The West Law Firm, 124 West Highland
> P.O. Box 698
> Shawnee, OK 74802
> terry@thewestlawfirm.com

*/s/ Marc A. Perez*
MARC A. PEREZ
United States Department of Justice
Civil Division, Federal Programs Branch

One of the Attorneys for Respondents