IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDANNOUR SAMEUR,**<br>　　　*Petitioner*,<br><br>v.<br><br>**GEORGE W. BUSH, et al.,**<br>　　　*Respondents*. | Civil Action No. 05-cv-1806 (CKK)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner Abdannour Sameur in this matter.  Service upon counsel may be made to:

>Gitanjali S. Gutierrez
>**CENTER FOR CONSTITUTIONAL RIGHTS**
>666 Broadway, 7th Floor
>New York, New York 10012
>Tel: (212) 614-6427
>Fax: (212) 614-6499

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that she is representing Petitioner without compensation.


Dated: February 3, 2006


　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　Counsel for Petitioner:

　　　　　　　　　　　　　　　　　　　　　  /s/ _____
　　　　　　　　　　　　　　　　　　　　　Gitanjali S. Gutierrez
　　　　　　　　　　　　　　　　　　　　　**CENTER FOR CONSTITUTIONAL RIGHTS**
　　　　　　　　　　　　　　　　　　　　　666 Broadway, 7th Floor
　　　　　　　　　　　　　　　　　　　　　New York, New York 10012
　　　　　　　　　　　　　　　　　　　　　Tel: (212) 614-6427
　　　　　　　　　　　　　　　　　　　　　Fax: (212) 614-6499