**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ABDULLA THANI FARIS AL-ANAZI, *et al.*, <br><br> *Petitioners,* <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> *Respondents* | Civ. No. 1:05-CV-0345 <br> (JDB) (AK) |
| FAWZI AL ODAH, *et al.*, <br><br> *Petitioners,* <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> *Respondents* | Civ. No. 1:02-CV-0828 <br> (CKK) (AK) |
| ABDULSALAM ALI ABDULRAHMAN AL-HELA, *et al.*, <br><br> *Petitioners,* <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> *Respondents* | 05-CV-1048 (RMU) (AK) |

2

|  |  |
|---|---|
| **SAEED MAHAMMED SALEH HATIM,** *et al.*,            *Petitioners,* <br> v. <br><br> **GEORGE W. BUSH,** *et al.*, <br>           *Respondents* | **05-CV-1429 (RMU) (AK)** |
| **ABDUL HADI OMER HAMOUD FARAJ,** <br>           *Petitioners,* <br> v. <br><br> **GEORGE W. BUSH,** *et al.*, <br>           *Respondents* | **Civ. No. 1:05CV01490 (PLF)(AK)** |
| **MOHAMMED,** *et al.* <br>           *Petitioners,* <br> v. <br><br> **GEORGE W. BUSH,** *et al.*, <br>           *Respondents* | **Civ. No. 1:05CV02087 (RMC)(AK)** |

2

| | |
|---|---|
| **NABIL**, *et al.* )<br>)<br>    *Petitioners,* )<br>)<br>  v. )<br>)<br>)<br>**GEORGE W. BUSH**, *et al.*, )<br>)<br>    *Respondents* )<br>) | **Civ. No. 1:05CV01504**<br>**(RMC)(AK)** |
| **AL HAWARY**, *et al.* )<br>)<br>    *Petitioners,* )<br>)<br>  v. )<br>)<br>)<br>**GEORGE W. BUSH**, *et al.*, )<br>)<br>    *Respondents* )<br>) | **Civ. No. 1:05CV01505**<br>**(RMC)(AK)** |
| **SAIB**, *et al.* )<br>)<br>    *Petitioners,* )<br>)<br>  v. )<br>)<br>)<br>**GEORGE W. BUSH**, *et al.*, )<br>)<br>    *Respondents* )<br>) | **Civ. No. 1:05CV01353**<br>**(RMC)(AK)** |

3

|  |  |
|---|---|
| **SHAFIQ,** *et al.* )<br>)<br>*Petitioners,* )<br>)<br>v. )<br>)<br>)<br>**GEORGE W. BUSH,** *et al.,* )<br>)<br>*Respondents* )<br>) | **Civ. No. 1:05CV01506**<br>**(RMC)(AK)** |
| **HASSAN BIN ATTASH,** *et al.* )<br>)<br>*Petitioners,* )<br>)<br>v. )<br>)<br>)<br>**GEORGE W. BUSH,** *et al.,* )<br>)<br>*Respondents* )<br>) | **Civ. No. 1:05CV01592**<br>**(RCL)(AK)** |
| **ABDANNOUR SAMEUR,** *et al.* )<br>)<br>*Petitioners,* )<br>)<br>v. )<br>)<br>)<br>**GEORGE W. BUSH,** *et al.,* )<br>)<br>*Respondents* )<br>) | **Civ. No. 1:05CV01806**<br>**(CKK)(AK)** |

4

## NOTICE OF WITHDRAWAL OF FILING

Petitioners in the above-captioned cases hereby withdraw their **Reply Brief in Support of Petitioners' Motion to Compel Privilege Team Compliance with the Amended Protective Order** in light of new information of the existence of a Response to Petitioners' Motion that was never served on Petitioners.

Dated:   April 10, 2006

        Respectfully submitted,

        Counsel for Petitioners:

          /s/ Anant Raut
        David R. Berz (DC 182105)
        David A. Hickerson (DC 414723)
        Anant Raut (DC 490211)
        WEIL GOTSHAL & MANGES LLP
        1300 Eye Street, NW
        Suite 900
        Washington, D.C.   20005
        Tel: (202) 682-7000
        Fax: (202) 857-0939

| | |
|---|---|
| /s/ Kristine Huskey<br>Thomas B. Wilner, D.C. Bar # 173807<br>Neil H. Koslowe, D.C. Bar # 361792<br>Kristine A. Huskey, D.C. Bar #462979<br>Amanda E. Shafer<br>SHEARMAN & STERLING LLP<br>801 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004<br>Tel: (202) 508-8000<br>Fax: (202) 508-8100 | /s/ Randall T. Coyne<br>Randall T. Coyne<br>University of Oklahoma College of Law<br>Andrew Coats Hall<br>300 Timberdell Road<br>Norman, OK  73019<br>Tel: (405) 325-4646<br>Fax: (405) 325-0389 |
| /s/ David H. Remes<br>David H. Remes, D.C. Bar # 370782<br>COVINGTON & BURLING<br>1201 Pennsylvania Avenue, N.W.<br>Suite 803E<br>Washington, D.C.  20004<br>Tel: (202) 662-5212<br>Fax: (202) 662-6291 | Thomas R. Brett<br>Craig Hoster<br>Larry D. Ottaway<br>CROWE & DUNLEVY<br>500 Kennedy Building<br>321 South Boston Avenue<br>Tulsa, OK  74103<br>Tel: (918) 592-9830<br>Fax: (918) 599-6311 |
| Marc Falkoff, D.C. Bar # 491149<br>COVINGTON & BURLING<br>1330 Avenue of the Americas<br>New York, NY 10019<br>Tel: (212) 841-1166<br>Fax: (646) 441-9166 | Terry W. West<br>THE WEST LAW FIRM<br>P.O. Box 698<br>Shawnee, OK  74802<br>Tel: (405) 275-0040<br>Fax: (405) 275-0052 |
| /s/ Anne J. Castle<br>Anne J. Castele, CO #11202<br>Scott S. Barker, CO #11177<br>J. Triplett Mackintosh, CO #22359<br>William E. Murane, CO #2676<br>Douglas L. Abbott, CO #18683<br>Hamid M. Khan, CO #34139<br>Danielle R. Voorhees, CO #35929<br>Valerie L. Simmons, CO #30218<br>Barry C. Bartel, CO #23040<br>Jonathan S. Bender, CO #33979<br>Nicole P. Livolsi, CO #36267<br>HOLLAND & HART LLP<br>555 Seventeenth Street<br>Suite 3200<br>Denver, CO  80202<br>Tel: (303) 295-8000<br>Fax: (303) 295-8261 | Of Counsel<br>Barbara J. Olshansky ( N.Y State Bar #3635)<br>CENTER FOR CONSTITUTIONAL<br>   RIGHTS<br>666 Broadway<br>New York, NY  10012<br>Tel: (212) 614-6439 |