CLEARED FOR PUBLIC FILING BY CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDANNOUR SAMEUR, | ) |
| *Petitioner/Plaintiff*, | ) |
| v. | ) Civ. No. 05-cv-01806-CKK |
| GEORGE W. BUSH, et al., | ) |
| *Respondents/Defendants*. | ) |

## MOTION FOR SUBSTITUTION OF NEXT FRIEND

Petitioner Abdelnour Sameur[1] respectfully requests that the Court substitute his sister Yamina Saidani as next friend. See <u>Whitmore v. Arkansas</u>, 495 U.S. 149 (1990). Authorization from Yamina Saidani is attached as Exhibit 1.

Dated:   August 4, 2006          Respectfully submitted,

_____
Zachary Katznelson
California Bar No. 209489
P.O. Box 52742
London EC4P 4WS
United Kingdom
011 44 207 353 4640
e-mail: zachary@reprieve.org.uk

---

[1] After speaking with Yamina Saidani, counsel has learned that the proper English spelling of Mr. Sameur's first name is Abdelnour. Counsel apologizes for the previous misspelling and requests that all further documents refer to Mr. Sameur with the correct spelling. .