# EXHIBIT 1

Authorization of Representation

My name is Yamina Saidani. I am acting as next friend for my brother, whose name is Abdelnour Sameur. Abdelnour is a citizen of Algeria, born _____. He is currently being held in Guantánamo Bay.

I know that my brother, Abdelnour Sameur, would want me to act on his behalf to secure him legal representation. Therefore, I hereby authorize Clive Stafford Smith, Zachary Katznelson, *Reprieve* and *Justice in Exile*, and any person or organization assigned by these lawyers, to act on my behalf and my brother's behalf, to secure any documents and information concerning my brother that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other legal forum available.

Date: 05-04-2006

Signature: *[signature]*
Yamina Saidani

Witness Signature: *[signature]*

Print Name: Sameur Sa'ada

DATE de naissance Sameur Abdelnour : 28/03/1973