IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| , *et al.* | ) |
| | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United | ) |
| States, *et al.*, | ) |
| | ) |
| Respondents. | ) |

### MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified

documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned  Sameur  v. George W. Bush, No.  05-1806CKK

    (2)  I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

    (3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned  Sameur  v. George W. Bush, No. 05-1806CKK , and I agree to comply with the provisions thereof.

Randall Thomas Coyne

Aug. 15, 2006
Date

Date

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned _Sameur_ v. George W. Bush, No. 05-1806CKK _____, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 8/15/06    BY:    Randall Thomas Coyne
                        (type or print name)

                SIGNED: _Randall Thomas Coyne_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDANNOUR SAMEUR,                    )
                                     )
                Detainee,            )
                                     )
vs.                                  )         No.    05-cv-01806-CKK
                                     )
GEORGE W. BUSH, et al.,              )
                                     )
                Respondent.          )

MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO
CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to,

but not limited to, unauthorized disclosure of classified information, espionage and related

offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C.

§ 783; C.F.R. § 17, et. sq.; and Executive Order 12958; I understand that I may be the recipient

of information and documents that belong to the United States and concern the present and future

security of the United States, and that such documents and information together with the methods

and sources of collectin it are classified by the United States government.  In consideration for the

disclosure of classified information and documents:

        (1)     I agree that I shall never divulge, publish, or reveal either by word, conduct or any

other means, such classified documents and information unless specifically authorized in writing

to do so by an authorized representative of the United States government, or as expressly

authorized by the Protective Order entered in the United States District Court for the District of

Columbia in the case captioned Abdannour Sameur v. George W. Bush, No. 05-cv-01806, and

I agree to comply with the provisions thereof.

April 27, 2006

Larry D. Ottaway, OBA No. 6816
Foliart, Huff, Ottaway & Bottom
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, OK 73102
Telephone: 405/232-4633
Facsimile: 405/232-3462
larryottaway@oklahomacounsel.com
Attorney for Petitioner/Detainee
Abdannour Sameur

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDANNOUR SAMEUR,                         )
                                          )
                  Detainee,               )
                                          )
vs.                                       )          No.    05-cv-01806-CKK
                                          )
GEORGE W. BUSH, et al.,                   )
                                          )
                  Respondent.             )

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he has read the Protective Order entered in the

United States District Court for the District of Columbia, in the case captioned Abdannour Sameur

v. George W. Bush, et al., No. 05-cv-01806, understands its terms, and agrees to be bound by

each of those terms. Specifically, and without limitation, the undersigned agrees not to use or

disclose any protected information or documents made available to him/her other than as provided

by the Protective Order. The undersigned acknowledges that his duties under the Protective Order

shall survive the termination of this case and are permanently binding, and that failure to comply

with the terms of the Protective Order may result in the imposition of sanctions by the Court.

Dated: April 27, 2006

Larry D. Ottaway, OBA No. 6816
Foliart, Huff, Ottaway & Bottom
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, OK 73102
Telephone: 405/232-4633
Facsimile: 405/232-3462
larryottaway@oklahomacounsel.com
Attorney for Petitioner/Detainee
Abdannour Sameur

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDANNOUR SAMEUR,                    )
, et al.                             )
                                     )
          Petitioners,               )
                                     )
     v.                              ) Civil Action No.  05-1806
                                     )
GEORGE W. BUSH,                      )
     President of the United         )
     States, et al.,                 )
                                     )
          Respondents.               )

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et seq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government.  In consideration for the disclosure of classified information and documents:

(1)  I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified

documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned ABDANNOUR SAMEUR v. George W. Bush, No. 05-1806.

(2)   I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the Protective Order entered by the United States District Court for the District of Columbia in the case captioned ABDANNOUR SAMEUR v. George W. Bush, No. 05-1806, and I agree to comply with the provisions thereof.

_Thomas K. Brett_          5-5-06
                          _____
                          Date

_____    _____
                          Date

2

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned ABDANNOUR SAMEUR _____ v. George W. Bush, No. 05-1806, understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him/her other than as provided by the Protective Order. The undersigned acknowledges that his/her duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED: 5-5-06        BY: THOMAS R. BRETT
                          (type or print name)

                     SIGNED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDANNOUR SAMEUR,                    )
                                     )
              Detainee,              )
                                     )
vs.                                  )          No.    05-cv-01806-CKK
                                     )
GEORGE W. BUSH, et al.,              )
                                     )
              Respondent.            )

## MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; The Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; C.F.R. § 17, et. sq.; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collectin it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1)    I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdannour Sameur v. George W. Bush, No. 05-cv-01806, and I agree to comply with the provisions thereof.

August 8, 2006

TERRY W. WEST, OBA No. 9496
THE WEST LAW FIRM
124 W. Highland - P.O. Box
Shawnee, Oklahoma 74802
Telephone: 405/275-0040
Facsimile: 405/275-0052
terry@thewestlawfirm.com
Attorney for Petitioner/Detainee
Abdannour Sameur

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDANNOUR SAMEUR,                          )
                                           )
                Detainee,                  )
                                           )
vs.                                        )         No.    05-cv-01806-CKK
                                           )
GEORGE W. BUSH, et al.,                    )
                                           )
                Respondent.                )

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that he has read the Protective Order entered in

the United States District Court for the District of Columbia, in the case captioned Abdannour

Sameur v. George W. Bush, et al., No. 05-cv-01806, understands its terms, and agrees to be

bound by each of those terms. Specifically, and without limitation, the undersigned agrees not

to use or disclose any protected information or documents made available to him/her other

than as provided by the Protective Order. The undersigned acknowledges that his duties under

the Protective Order shall survive the termination of this case and are permanently binding,

and that failure to comply with the terms of the Protective Order may result in the imposition

of sanctions by the Court.

Dated: August 8, 2006

TERRY W. WEST, OBA No. 9496
THE WEST LAW FIRM
124 W. Highland - P.O. Box 698
Shawnee, Oklahoma 74802
Telephone: 405/275-0040
Facsimile: 405/275-0052
terry@thewestlawfirm.com
Attorney for Petitioner/Detainee
Abdannour Sameur