AUG-25-2006  15:35                                        P.03

## ACKNOWLEDGMENT OF REPRESENTATION

Pursuant to Section III.C.2 of the "Revised Procedures For Counsel Access To Detainees
At The U.S. Naval Base In Guantanamo Bay, Cuba," detainee hereby certifies that he is
represented by the undersigned counsel who has filed a petition for writ of habeas corpus or other
federal court litigation on the detainee's behalf.

If counsel withdraws from representation of the detainee or if the representation is
otherwise terminated, counsel shall inform the Department of Defense immediately of that
change in circumstances.

_____              _____
Signature of Detainee                   Signature of Counsel

ABDENNOUR  SAMEUR                       ZACHARY KATZNELSON
Print Name of Detainee in English       Print Name of Counsel in English

عبد النور رابح صامر
Print Name of Detainee in Native Language (if other than English)

Date: AUGUST 10, 2006

UNCLASSIFIED