IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDENNOUR SAMEUR, ) | |
| ) | |
| *Petitioner/Plaintiff*, ) | |
| ) | |
| v. ) | Civ. No. 05-cv-01806-CKK |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| *Respondents/Defendants*. ) | |
| _____ ) | |

**MOTION TO PRACTICE AND NOTICE OF ENTRY OF APPEARANCE**

Undersigned counsel respectfully files this Motion to Practice and Notice of Entry of Appearance on behalf of Abdennour Sameur, pursuant to Local Civil Rule 83.2(g) and Local Civil Rule 83.6(a). Counsel is a member in good standing of the Bar of the District Court for the Eastern District of Louisiana. Counsel's Louisiana Bar Number is 14444. Counsel hereby certifies that Petitioner in this case is indigent and counsel is providing representation without compensation.

Dated:    September 1, 2006

Clive A. Stafford Smith
Louisiana Bar No. 14444
636 Baronne Street
New Orleans, La. 70113
(504) 558 9867
clivess@mac.com