IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

NOV 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ABDANNOUR SAMEUR, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-1806 (CKK) |
| GEORGE W. BUSH, President of the United States, et al., | ) |
| Respondents. | ) |

## MOTION TO WITHDRAW AS COUNSEL
## FOR ABDANNOUR SAMEUR A/K/A ABDENNOUR SAMEUR

Thomas R. Brett, of Tulsa, Oklahoma, hereby moves to withdraw as counsel of record herein because, as reflected by the Acknowledgement of Representation attached hereto as Exhibit A, Petitioner Abdannour Sameur a/k/a Abdennour Sameur has designated Zachary Katznelson as his attorney of record. The matter will proceed, but Thomas R. Brett will no longer remain as counsel of record for Abdannour Sameur a/k/a Abdennour Sameur.

Respectfully submitted,

Thomas R. Brett, OBA #1103
CROWE & DUNLEVY
A Professional Corporation
500 Kennedy Building
321 South Boston Avenue
Tulsa, OK 74103-3313
(918) 592-9800
(918) 592-9801 (Facsimile)
thomas.brett@crowedunlevy.com

ATTORNEYS FOR PETITIONER
ABDANOUR SAMEUR

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2006, I deposited the above document in the United States mail, postage pre-paid, addressed to:

Randall T. Coyne
University of Oklahoma College of Law
Andrew Coats Hall
300 Timberdell Road
Norman, OK 73019
rcoyne@ou.edu


Gitanjali Gutierrez
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
ggutierrez@ccr-ny.org


Zachary Katznelson
22 Tudor Street
London EC4Y 0AY
England
zachary@reprieve.org.uk


Terry Marcus Henry
U.S. Department of Justice
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7144
Washington, DC 20044
terry.henry@usdoj.gov


Andrew I. Warden
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
andrew.warden@usdoj.gov

Larry D. Ottaway
Foliart, Huff, Ottaway & Bottom
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, OK 73102


Terry W. West
The West Law Firm
124 West Highland
P.O. Box 698
Shawnee, OK 74802-0698


I hereby certify that on November 22, 2006 I served the same document by hand upon:

Craig W. Hoster
Crowe & Dunlevy
500 Kennedy Building
321 South Boston Avenue
Tulsa, OK 74103



_____
Thomas R. Brett

## ACKNOWLEDGMENT OF REPRESENTATION

Pursuant to Section III.C.2 of the "Revised Procedures For Counsel Access To Detainees At The U.S. Naval Base In Guantanamo Bay, Cuba," detainee hereby certifies that he is represented by the undersigned counsel who has filed a petition for writ of habeas corpus or other federal court litigation on the detainee's behalf.

If counsel withdraws from representation of the detainee or if the representation is otherwise terminated, counsel shall inform the Department of Defense immediately of that change in circumstances.

_____  
Signature of Detainee

_____  
Signature of Counsel

ABDENNOUR SAMEUR  
Print Name of Detainee in English

ZACHARY KATZNELSON  
Print Name of Counsel in English

عبد النور سمير  
Print Name of Detainee in Native Language (if other than English)

Date: AUGUST 10, 2006

**UNCLASSIFIED**

EXHIBIT "A"