IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDANNOUR SAMEUR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 05-1806 (CKK) |
| GEORGE W. BUSH, President of the United States, et al., | ) ) | |
| | ) | |
| Respondents. | ) | |

### ORDER GRANTING MOTION OF THOMAS R. BRETT
### TO WITHDRAW AS COUNSEL OF RECORD

The Court hereby grants the Motion of Thomas R. Brett to withdraw as counsel of record for Petitioner, Abdannour Sameur a/k/a Abdennour Sameur, because Abdannour Sameur a/k/a Abdennour Sameur has designated Zachary Katznelson as his counsel of record herein, as is reflected in the Acknowledgment of Representation attached to the subject Motion.

It is hereby ORDERED that Thomas R. Brett is no longer counsel of record in this case on behalf of Abdannour Sameur a/k/a Abdennour Sameur. The Court acknowledges Zachary Katznelson is the counsel of record for Abdannour Sameur a/k/a Abdennour Sameur hereafter.

Dated: _____, 2006

_____
UNITED STATES DISTRICT JUDGE