IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ABDANNOUR SAMEUR, | ) | |
| | ) | |
| Detainee, | ) | |
| | ) | |
| vs. | ) | No.    05-cv-01806-CKK |
| | ) | |
| GEORGE W. BUSH, et al., | ) | |
| | ) | |
| Respondent. | ) | |

## MOTION TO WITHDRAW AS COUNSEL
## FOR ABDANNOUR SAMEUR A/K/A ABDENNOUR SAMEUR

Larry D. Ottaway hereby moves to withdraw as counsel of record herein because, as reflected by the Acknowledgment of Representation attached hereto as Exhibit A, Petitioner Abannour Sameur a/k/a Abdennour Sameur has designated Zachary Katznelson as his attorney of record. The matter will proceed, but Larry D. Ottaway will no longer remain as counsel of record for Abdannour Sameur a/k/a Abdennour Sameur.

Larry D. Ottaway, OBA No. 6816
Foliart, Huff, Ottaway & Bottom
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, OK 73102
Telephone: 405/232-4633
Facsimile: 405/232-3462
larryottaway@oklahomacounsel.com
Attorney for Petitioner Abdannour Sameur

## CERTIFICATE OF SERVICE

I hereby certify that on December __//__, 2006, a true and correct copy of the foregoing instrument was delivered via email to the following:

Thomas R. Brett
Craig W. Hoster
Crowe & Dunlevy
500 Kennedy Building
321 S. Boston Avenue
Tulsa, OK 74103
thomas.brett@crowedunlevy.com

Randall T. Coyne
University of Oklahoma College of Law
Andrew Coats Hall
300 Timberdell Road
Norman, Ok 73019
rcoyne@ou.edu

Gitanjali Gutierrez
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012
ggutierrez@ccr-ny.org

Zachary Katznelson
22 Tudor Street
London EC4Y 0AY
England
zachary@reprieve.org.uk

Terry Marcus Henry
U.S. Department of Justice
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 7144
Washington, DC 20044
terry.henry@usdoj.gov

Andrew J. Warden
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
andrew.warden@usdoj.gov

Terry W. West
The West Law Firm
P.O. Box 698
Shawnee, OK 74802-0698
terry@thewestlawfirm.com

_____
Larry D. Ottaway

AUG-25-2006  15:35                                                                    P.03

## ACKNOWLEDGMENT OF REPRESENTATION

Pursuant to Section III.C.2 of the "Revised Procedures For Counsel Access To Detainees At The U.S. Naval Base In Guantanamo Bay, Cuba," detainee hereby certifies that he is represented by the undersigned counsel who has filed a petition for writ of habeas corpus or other federal court litigation on the detainee's behalf.

If counsel withdraws from representation of the detainee or if the representation is otherwise terminated, counsel shall inform the Department of Defense immediately of that change in circumstances.

_____          _____
Signature of Detainee                                    Signature of Counsel

ABDENNOUR SAMEUR                              ZACHARY KATZNELSON
Print Name of Detainee in English            Print Name of Counsel in English

عبد النور سامر
_____
Print Name of Detainee in Native Language (if other than English)

Date: AUGUST 10, 2006

**UNCLASSIFIED**

**EXHIBIT " A "**