IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDANNOUR SAMEUR, ) | |
| ) | |
| Detainee, ) | |
| ) | |
| vs. ) | No.   05-cv-01806-CKK |
| ) | |
| GEORGE W. BUSH, et al., ) | |
| ) | |
| Respondent. ) | |

ORDER GRANTING MOTION OF LARRY OTTAWAY
TO WITHDRAW AS COUNSEL OF RECORD

The Court hereby grants the Motion of Larry Ottaway to withdraw as counsel of record for Petitioner, Abdannour Sameur a/k/a Abdennour Sameur, because Abdannour Sameur a/k/a Abdennour Sameur has designated Zachary Katznelson as his counsel of record herein, as is reflected in the Acknowledgment of Representation to the subject Motion.

It is hereby ordered that Larry Ottaway is no longer counsel of record in this case on behalf of Abdannour Sameur a/k/a Abdennour Sameur.  The court acknowledges Zachary Katznelson is the counsel of record for Abdannour Sameur a/k/a Abdennour Sameur hereafter.

Dated; _____, 2006.

_____
UNITED STATES DISTRICT JUDGE