UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDANNOUR SAMEUR,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE W. BUSH, President of the United States, et al.,<br><br>    Respondents. | Civil Action No. 05–1806 (CKK) |

**ORDER**
(June 19, 2008)

On October 19, 2005, the Court issued an Order staying this case pending resolution of the relevant issues by the Court of Appeals for the District of Columbia Circuit and applying the amended protective order and supplemental orders issued by Judge Hens Green to this case. *See* Order, Docket No. [5]. On December 21, 2007, Respondents provided the Court with Notice that Petitioner Sameur had been transferred from the custody of the United States to the Government of the United Kingdom. *See* Notice, Docket No. [53]. The Court notes that Petitioner Sameur is the only Petitioner in this case. Therefore, at this point in time, the Court considers it appropriate to dismiss this case.

It is, therefore, this 19th day of June, 2008, hereby

**ORDERED** that, on or before July 18, 2008, Petitioner shall Show Cause as to any reason why this case should not be dismissed; it is further

**ORDERED** that, if no response is received, on July 19, 2008, this case shall stand dismissed with prejudice.

**SO ORDERED.**

                                                                       /s/
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge